FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2013 JUL 12 P 2: 23

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## WAYCROSS DIVISION

ANGEL CERVANTES-GONZALEZ,

    Petitioner,

v.                                  CIVIL ACTION NO.: CV513-066

FEDERAL BUREAU OF PRISONS and
T. JOHNS, Warden,

    Respondents.

## ORDER

Petitioner Angel Cervantes-Gonzalez, an inmate at D. Ray James Correctional Facility in Folkston, Georgia, filed an action ostensibly pursuant to 28 U.S.C. § 2241, seeking to proceed *in forma pauperis*. Upon review, it appears that Gonzalez's claims are more properly considered to allege a civil rights violation. Gonzalez is not contesting the computation of his earned time or the execution of his sentence pursuant to 28 U.S.C. § 2241, but rather he is challenging the conditions of his confinement while incarcerated at D. Ray James Correctional Facility. Such a suit must be brought pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). The filing fee for such an action is $350.00. Within fourteen (14) days of the date of this Order, Gonzalez shall advise the Court if he desires to proceed with these claims pursuant to 28 U.S.C. § 1331 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). If Gonzalez does not timely respond to this Order, this action will be dismissed without prejudice.

AO 72A
(Rev. 8/82)

Gonzalez is cautioned that while this action is pending, he **shall** immediately inform this Court in writing of any change of address. Failure to do so will result in dismissal of this case, without prejudice.

**SO ORDERED**, this 12th day of July, 2013.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE